# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 24  PM 3: 14

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. __Juanita A. Taylor__                    Docket No. __2:03CR20263-01 D__

### Petition on Probation and Supervised Release

      **COMES NOW** __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Juanita A. Taylor__ who was placed on supervision by the Honorable __Samuel H. Mays, Jr.__, sitting in the Court at __Memphis, TN__ on the __27th__ day of __April, 2004,__ who fixed the period of supervision at __three (3) years*__ , and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for five (5) months. (Completed)
2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.
3. The defendant shall proved the Probation Officer with any requested financial information.
4. The defendant shall make regular restitution payments towards the restitution obligation ($55,462.59 ordered); such payments shall not be less than ten percent (10%) of defendant's gross monthly income (Balance: $52,307.19)

\*    Supervised Release began on July 28, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Juanita A. Taylor fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. Ms. Taylor has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. The defendant has paid restitution at the set rate. Carroll Andre, Assistant U. S. Attorney, has indicated that the government does not take any position regarding early termination of supervision. The defendant has signed a payment agreement for the U.S. Attorney's Office.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be discharged immediately from Supervised Release, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this __23d__ day of __August__, 2005 and ordered filed and made a part of the records in the the above case.

_____
Honorable Samuel H. Mays, Jr.
United States District Judge

**Respectfully,**

_____
Edward E. Shaw
United States Probation Officer

Place: __Memphis, TN__

Date: __August 22 2005__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __8-29-05__

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:03-CR-20263 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT